Most Recent Photo
IRIS



06/08/2020